UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WILLIAM G. STEPHENS, NORMA STEPHENS,<br><br>Plaintiffs,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>Defendant. | Case No. 1:17-cv-00385-BLW<br><br>JUDGMENT |

In accordance with the Memorandum Decision and Order entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Judgment be entered in favor of Defendant, and that this case be dismissed in its entirety.

DATED: October 1, 2018

B. Lynn Winmill
Chief U.S. District Court Judge